**Dismissed and Opinion Filed October 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00208-CV

**WILLIE G. COOKS, Appellant**
**V.**
**DISCOVER BANK, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12257**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Myers
Opinion by Justice Francis

Discover Bank sued Willie G. Cooks for breach of contract for failure to pay the balance due and owing on a credit agreement. When Cooks failed to answer the suit, the Bank moved for default judgment. The trial court granted the motion and rendered a default judgment against Cooks for $8,279.81, costs, and post-judgment interest. Cooks, representing himself, appealed.

Cooks filed a brief with this Court. Among other things, Cooks's brief failed to contain any argument of his issues or citations to the record or legal authority. After reviewing his brief, this Court notified him the brief was deficient because it did not satisfy the requirements of rule 38 of the Texas Rules of Appellate Procedure. Specifically, the Court noted the brief failed to comply with rule 38.1(a), (b), (c), (d), (f), (g), (h), (i), (j), and (k). Appellant was given ten days to file an amended brief correcting the deficiencies. The letter warned that the failure to file an

amended brief may result in the dismissal of the appeal without further notice. Appellant failed to file an amended brief.

An individual who is a party to civil litigation has the right to represent himself at trial and on appeal. TEX. R. CIV. P. 7; *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 894, 895 (Tex. App.—Dallas 2010, no pet.). That right, however, carries with it the responsibility of adhering to our rules of evidence and procedure, including the rules of appellate procedure if the party chooses to represent himself on appeal. *Id*. Courts regularly caution pro se litigants that they will not be treated differently than a party who is represented by a licensed attorney. *Id*.

Here, appellant's brief is wholly deficient under our rules. Although given an opportunity to correct the deficiencies, appellant failed to do. Accordingly, we dismiss the appeal.

130208F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

WILLIE G. COOKS, Appellant

No. 05-13-00208-CV     V.

DISCOVER BANK, Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-12257.
Opinion delivered by Justice Francis;
Justices Lang-Miers and Myers
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DISCOVER BANK recover its costs of this appeal from appellant WILLIE G. COOKS.

Judgment entered October 27, 2014.